LAVERNE P. BUTTS, Plaintiff, *v.* VALERIO CONSTRUCTION COMPANY et al., Defendants; HARTFORD ACCIDENT AND INDEMNITY COMPANY OF HARTFORD, CONNECTICUT, Appellant, and HERCULES CEMENT CORPORATION, Respondent.

(Argued February 27, 1933; decided March 14, 1933.)

*Talbot M. Malcolm* for appellant.

*Michael D. Reilly* and *Earle W. Lawrence* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.